# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ASSOCIATED AUTOMOTIVE INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2374 |
| | § | |
| ACCEPTANCE INDEMNITY | § | |
| INSURANCE COMPANY, | § | |
| Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiff and Defendant, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **November 13, 2010,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **14th** day of **October, 2010.**

Nancy F. Atlas
United States District Judge